IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK LAMONT SIMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-381E |
| | ) | |
| JAMES F. SHERMAN, Warden, | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Respondent. | ) | |

## NOTICE OF APPEARANCE

AND NOW, comes Christy Wiegand, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney for Respondent James Sherman in the above-captioned case, in order to ensure that she receives electronic notice of all pleadings filed in this matter.

                Respectfully submitted,

                MARY BETH BUCHANAN
                United States Attorney


                    s/   Christy Wiegand
                CHRISTY WIEGAND
                Assistant U.S. Attorney
                U.S. Courthouse and Post Office
                700 Grant Street, Suite 400
                Pittsburgh, PA 15219
                (412) 644-3500

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served this date a copy of the within *Notice of Appearance*, by either mail or electronic filing, upon the following:

Patrick Lamont Sims
Register No. 13953-039
FCI McKean
P.O. Box 8000
Bradford, PA 16701


  s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney


Date:  July 14, 2005