**REG. NO. 13953-039**
**FEDERAL CORRECTIONAL INSTITUTION-MCKEAN**
**P.O. BOX 8000**
**BRADFORD, PA 16701**

LEGAL MAIL

[STITUTION, MCKEAN]
_03_ / _-06_
ough special mailing procedures
neither been opened ...
ion or problem over which
ish to return the material
If the writer encloses
er addressee, please return

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
17 SOUTH PARK ROW
ERIE, PA 16501

RECEIVED

MAR 0 2 2006

CLERK U.S. [DISTRICT COURT]
WEST. DIST. OF PENN[SYLVANIA]

ERIE, PA 165  1 MAR PM 2006