Federal Correctional Institution McKean
Name: **PATRICK SIMS**
Reg.#: **13953-039**
P.O. Box 8000
Bradford, PA 16701

LEGAL MAIL:

...NSTITUTION, MCKEAN
...E __03/27/-06__
...through special mailing procedures
...as neither been opened nor
...estion or problem over which
...y wish to return the material
...on. If the writer encloses
...another addressee, please return
...s.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
17 SOUTH PARK ROW
ERIE, PA 16501



27 MAR 2006

RECEIVED

MAR 28 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

