ERICK LAMONT SIMS
REG. NO. #13953-039
FCI MCKEAN
P.O. BOX 8000
BRADFORD, PA 16701

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701    DATE 04-13-06

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
17 SOUTH PARK ROW
ERIE, PA 16501

RECEIVED
APR 14 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



2006
FIRST CLASS
FIRST CLASS
FIRST CLASS
FIRST CLASS