IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK LAMONT SIMS,<br>    Petitioner, | )<br>)<br>) |
| Vs. | ) Civil Action No. 04-281 Erie<br>) |
| JAMES F. SHERMAN,<br>    Respondent. | )<br>) |

### **O R D E R**

AND NOW, this 17st day of April, 2006, after consideration of the Motion for Relief of Judgment (Doc. No. 13), filed by the Petitioner

IT IS HEREBY ORDERED that the said Motion be and hereby is DENIED

        S/Sean J. McLaughlin
        Sean J. McLaughlin
        United States District Judge

cc: all parties of record