IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK LAMONT SIMS,

    Petitioner,

vs.                                 Civil Action No. 04-281 Erie

JAMES F. SHERMAN,

    Respondent.
_____/

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the above named Petitioner intends to appeal to the United States Court of Appeals For the Third Circuit this Court's decision of April 10, 2006, denying his petition for habeas corpus under 28 U.S.C. § 2241, and April 17, 2006, denying his motion for relief from judgment.

Date: 4-19-06

Patrick Lamont Sims #13953-039
Petitioner/Pro-se
FCI McKean
P.O. Box 8000
Bradford, PA 16701

FILED '06 APR 24 P12:44 CLERK U.S. DISTRICT COURT