

ERIE PA 165

21 APR 2006 PM 1 T

**RECEIVED**

APR 2 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Office of the Clerk
U.S. COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA 16501

Federal Correctional Institution McKean
Name: PATRICK LAMONT SIMS
Reg.#: 13953-039
P.O. Box 8000
Bradford, PA 16701