AO 240 (Rev. 6/86)  Application to Proceed

# United States District Court

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

PATRICK LAMONT SIMS  v.  JAMES F. SHERMAN

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 04-381E

I, PATRICK LAMONT SIMS, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: The claim presented pursuant to the original habeas provisions of 28 U.S.C. § 2241 was cognizable and the district court erred in its holding that it lacked jurisdiction to adjudge the matter. Further, the district court erred in its denial of the motion to relief from judgment because Plaintiff's objections to the magistrate judge's report and recommendation was timely filed under the mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), hence the district court's holding that Plaintiff failed to file objections is clearly erroneous.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                      Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   Prison job assignment as an orderly in the psychology department, which pays an average monthly stipend of $49.67.  See Attached Statement of Prison Account.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment         Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                         Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?               Yes [ ]   No [X]
   d. Gifts or inheritances?                                        Yes [ ]   No [X]
   e. Any other sources?                                            Yes [ ]   No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

The current balance of my prison account is .99¢.   **See Attached Statement of Prison Account.**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-6-06                    *Patrick Sims*
             (Date)                    Signature of Applicant

FILED MAY 10 AM 11:03 CLERK DISTRICT COURT

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

### All Transactions

| | |
|---|---|
| Inmate Reg #: | 13953039 |
| Inmate Name: | SIMS, PATRICK |
| Report Date: | 05/03/2006 |
| Report Time: | 2:02:18 PM |
| Current Institution: | McKean FCI |
| Housing Unit: | A |
| Living Quarters: | A03-117L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/1/2006 2:07:03 PM | mck4247 | Debt Encumbrance | ($0.99) | FICD0506 - 1295 | | |
| 4/18/2006 4:35:00 PM | AMService | Phone Withdrawal | ($1.00) | ITS0418 | | $0.99 |
| 4/18/2006 11:12:59 AM | MCK4144 | Sales | ($15.60) | 22 | | $1.99 |
| 4/11/2006 11:32:58 AM | MCK4144 | Sales | ($45.35) | 36 | | $17.59 |
| 4/7/2006 7:56:29 AM | MCK9681 | Payroll - IPP | $59.00 | FIPP0306 | | $62.94 |
| 4/4/2006 12:31:54 PM | MCK3312 | Sales | ($6.40) | 44 | | $3.94 |
| 4/4/2006 11:54:05 AM | MCK3312 | Sales | ($90.15) | 27 | | $10.34 |
| 3/22/2006 5:57:59 PM | AMService | Phone Withdrawal | ($6.00) | ITS0322 | | $100.49 |
| 3/20/2006 6:42:11 PM | AMService | Phone Withdrawal | ($7.00) | ITS0320 | | $106.49 |
| 3/20/2006 11:33:58 AM | MCK4144 | Sales | ($23.75) | 53 | | $113.49 |
| 3/17/2006 5:41:38 AM | AMSERVICE | Lockbox - CD | $125.00 | 70153601 | | $137.24 |
| 3/13/2006 11:56:19 AM | MCK3312 | Sales | ($4.35) | 70 | | $12.24 |
| 3/9/2006 5:36:11 PM | AMService | Phone Withdrawal | ($6.00) | ITS0309 | | $16.59 |
| 3/6/2006 11:23:06 AM | MCK3312 | Sales | ($27.55) | 66 | | $22.59 |
| 3/3/2006 8:00:32 AM | MCK9312 | Payroll - IPP | $49.06 | FIPP0206 | | $50.14 |
| 2/27/2006 4:54:11 PM | AMService | Phone Withdrawal | ($7.00) | ITS0227 | | $1.08 |
| 2/27/2006 11:36:27 AM | MCK5844 | Sales | ($21.45) | 39 | | $8.08 |
| 2/21/2006 12:15:41 PM | MCK3312 | Sales | ($34.60) | 123 | | $29.53 |
| 2/13/2006 11:47:33 AM | MCK3312 | Sales | ($7.75) | 95 | | $64.13 |
| 2/10/2006 8:10:44 AM | MCK4019 | Payroll - IPP | $52.00 | FIPP0106 | | $71.88 |
| 2/6/2006 12:14:06 PM | MCK3312 | Sales | ($8.35) | 84 | | $19.88 |
| 1/30/2006 12:09:53 PM | MCK3874 | Sales | ($112.50) | 101 | | $28.23 |
| 1/29/2006 5:59:38 PM | AMService | Phone Withdrawal | ($10.00) | ITS0129 | | $140.73 |
| 1/28/2006 5:39:26 AM | AMSERVICE | Lockbox - CD | $150.00 | 70150301 | | $150.73 |
| 1/17/2006 5:28:32 PM | AMService | Phone Withdrawal | ($1.00) | ITS0117 | | $0.73 |
| 1/9/2006 5:37:57 PM | AMService | Phone Withdrawal | ($6.00) | ITS0109 | | $1.73 |
| 1/9/2006 11:13:06 AM | MCK3312 | Sales | ($42.05) | 80 | | $7.73 |
| 1/6/2006 7:57:25 AM | MCK4019 | Payroll - IPP | $49.59 | FIPP1205 | | $49.78 |
| 12/27/2005 6:54:32 PM | AMService | Phone Withdrawal | ($1.00) | ITS1227 | | $0.19 |
| 12/22/2005 11:56:10 AM | MCK3312 | Sales | ($4.45) | 77 | | $1.19 |
| 12/15/2005 11:57:47 AM | MCK3312 | Sales | ($47.30) | 38 | | $5.64 |
| 12/8/2005 12:09:19 PM | MCK3312 | Sales | ($4.55) | 52 | | $52.94 |
| 12/8/2005 12:08:40 PM | MCK3312 | Sales | $0.00 | 50 | | $57.49 |
| 12/7/2005 9:20:48 AM | MCK4019 | Payroll - IPP | $50.89 | FIPP1105 | | $57.49 |
| 12/1/2005 12:05:46 PM | MCK3312 | Sales | ($50.00) | 45 | | $6.60 |
| 11/21/2005 12:08:35 PM | MCK3312 | Sales | ($8.00) | 62 | | $56.60 |
| 11/17/2005 11:24:48 AM | MCK3312 | Sales | ($12.85) | 26 | | $64.60 |
| 11/10/2005 12:16:51 PM | MCK3312 | Sales | ($114.60) | 51 | | $77.45 |
| 11/9/2005 5:52:32 PM | AMService | Phone Withdrawal | ($10.00) | ITS1109 | | $192.05 |
| 11/9/2005 8:23:10 AM | MCK9681 | Payroll - IPP | $52.00 | FIPP1005 | | $202.05 |
| 10/22/2005 5:57:18 AM | AMSERVICE | Lockbox - CD | $150.00 | 70143801 | | $150.05 |
| 10/20/2005 11:34:11 AM | MCK3312 | Sales | ($14.00) | 27 | | $0.05 |
| 10/13/2005 11:17:36 AM | MCK3312 | Sales | ($60.00) | 23 | | $14.05 |
| 10/7/2005 11:36:18 AM | MCK4019 | Payroll - IPP | $74.00 | JV0006 | | $74.05 |
| 9/21/2005 11:11:45 AM | MCK6704 | Sales | ($1.65) | 57 | | $0.05 |
| 9/14/2005 8:25:34 AM | MCK5844 | Sales | ($7.15) | 54 | | $1.70 |
| 9/7/2005 11:37:39 AM | MCK6704 | Sales | ($21.25) | 86 | | $8.85 |
| 9/2/2005 8:27:33 AM | MCK9681 | Payroll - IPP | $30.00 | JV0155 | | $30.10 |
| 8/17/2005 11:57:24 AM | MCK6704 | Sales | ($5.25) | 41 | | $0.10 |
| 8/10/2005 11:17:55 AM | MCK4848 | Sales | ($25.00) | 14 | | $5.35 |

1 2

## All Transactions

| Inmate Reg #: | 13953039 | Current Institution: | McKean FCI |
| --- | --- | --- | --- |
| Inmate Name: | SIMS, PATRICK | Housing Unit: | A |
| Report Date: | 05/03/2006 | Living Quarters: | A03-117L |
| Report Time: | 2:02:32 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 8/5/2005 9:45:55 AM | MCK4019 | Payroll - IPP | $30.00 | JV0143 | | $30.35 |

1 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK LAMONT SIMS,

    Petitioner,

vs.                                                          Civil Action No. 04-381E
                                                             JUDGE SEAN McLAUGHLIN
JAMES F. SHERMAN,                                            MAGISTRATE JUDGE BAXTER

    Respondent.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date below a true and correct copy of the foregoing Application To Proceed In Forma Pauperis with Supporting Documentation and Order was conveyed to prison authorities for mailing, with first class U.S. postage prepaid and properly addressed to the following parties:

    Chirsty C. Wiegand, Esq.
    Assistant U.S. Attorney
    Office of the United States Attorney
    700 Grant Street
    Suite 400
    Pittsburgh, PA 15219

    United States Court of Appeals
    For the Third Circuit
    Ania R. Laws, Case Manager
    21400 United States Courthouse
    601 Market street
    Philadelphia, PA 19106-1790

Date: 5-6-06

                                                  _/s/ Patrick Sims_
                                                  Patrick Lamont Sims #13953-039
                                                  Plaintiff/Appellant
                                                  FCI McKean
                                                  P.O. Box 8000
                                                  Bradford, PA 16701

May 6, 2006

Patrick Lamont Sims #13953-039
FCI McKean
P.O. Box 8000
Bradford, PA 16701

United States District Court
Western District of Pennsylvania
Office of the Clerk
U.S. Courthouse
17 South Park Row
Erie, PA 16501

Re:  **Patrick Lamont Sims v. James F. Sherman:**
     **Case No. 04-381E/Court of Appeals No. 06-2440**
     **Jdg. Sean McLaughlin**


Dear Clerk:

    Enclosed for filing please find the original and three copies of Application To Proceed In Forma Pauperis and Supporting Documentation and Order. This pleading is submitted as instructed by the Third Circuit Court of Appeals in the case which is now pending under the case number listed above. In addition, a Certificate of Service is included with this submission.

    Your assistance is greatly appreciated.


Sincerely,

*Patrick Sims*

cc: file
  : jc/dnr
  : enclosure