PATRICK LAMONT SIMS #13953-039
FEDERAL CORRECTIONAL INSTITUTION
MCKEAN
P.O. BOX 8000
BRADFORD, PA 16701

FEDERAL CORRECTIONAL INS[T]
P.O. BOX 5000
BRADFORD, PA 16701    DATE—
The enclosed letter was processed thr[ough]
for forwarding to you. The letter has n[ot]
inspected. If the writer raises a quest[ion]
this facility has jurisdiction, you may [return]
for further information or clarification.
correspondence for forwarding to an[other]
the enclosure to the above address.

LEGAL MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
U.S. COURTHOUSE
17 SOUTH PARK ROW
ERIE, PA 16501

RECEIVED
MAY 10 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

