## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-2440

Sims v. Sherman

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

_____
    The foregoing motion to proceed in forma pauperis is granted.  This appeal will be submitted to a panel of the Court for possible summary action. See Third Circuit Internal Operating Procedure 10.6.


For the Court,


/s/ Marcia M. Waldron
Clerk


Dated:  June 6, 2006

ARL/cc: PLS; RLE